# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **DAVID GEORGE CLARK,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIV-20-807-R |
| | ) | |
| **OKLAHOMA DEPARTMENT OF CORRECTIONS,** | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Before the Court is the September 14, 2020 Report and Recommendation issued by United States Magistrate Judge Gary M. Purcell. Therein he recommends that the Petition be dismissed without prejudice in light of Petitioner's failure to pay the initial partial filing fee or to comply with Judge Purcell's orders. (Doc. No. 5). The record reflects that Plaintiff has not objected to the Report and Recommendation within the time limits prescribed therein, nor has he sought an extension of time in which to file an objection. Accordingly, the Report and Recommendation is hereby ADOPTED and the case is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED** this 13th day of October 2020.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE